```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 06354
    MARCO T ESCOBAR JR
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2728


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/18/08 .

    2.  The case was dismissed without confirmation, 08/29/2008.

    3.  The Debtor paid a total of $   3492.01 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO HOME MORT    UNSECURED       NOT FILED             .00            .00
REFLECTIONS AT WATERS ED UNSECURED       NOT FILED             .00            .00
GMAC PAYMENT CENTER      UNSECURED       NOT FILED             .00            .00
AMERICAN HONDA FINANCE C SECURED VEHIC         .00             .00            .00
MICHELLE ESCOBAR         CHILD SUPPORT   NOT FILED             .00            .00
ALLIED INTERSTATE        UNSECURED       NOT FILED             .00            .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED             .00            .00
THE CHICAGO DEPT OF REVE UNSECURED       NOT FILED             .00            .00
COMED                    UNSECURED       NOT FILED             .00            .00
GREAT AMERICAN FINANCE C UNSECURED       NOT FILED             .00            .00
HSN                      UNSECURED       NOT FILED             .00            .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED             .00            .00
LOYOLA UNIVERSITY & HOSP UNSECURED       NOT FILED             .00            .00
MED BUSINESS BUREAU      UNSECURED       NOT FILED             .00            .00
MIMIT PC                 UNSECURED       NOT FILED             .00            .00
MORRIS HOSPITAL          UNSECURED       NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED             .00            .00
NICOR GAS                UNSECURED       NOT FILED             .00            .00
NORTHERN IL EMERG & OCCU UNSECURED       NOT FILED             .00            .00
PULMONARY MEDICINE ASSOC UNSECURED       NOT FILED             .00            .00
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
RMCB                     UNSECURED       NOT FILED             .00            .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00         .00           .00
PRINCIPAL PAID         .00         .00          .00         .00           .00
```

```
INTEREST PAID                      .00          .00          .00          .00          .00
TOTAL PAID                         .00          .00          .00          .00          .00
```

The Debtor's attorney, LEDFORD & WU                , was allowed $   3500.00
and was paid $   1500.00  direct and $   2000.00  through the plan.

The Trustee received $    123.14 .

Refunds to the Debtor totaled $   1368.87 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE